UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------x

Christopher Marchese, individually
and on behalf of all others similarly
situated,

        Plaintiff,

  -against-

ARStrat, LLC,

        Defendant.

----------------------------------x

So Ordered,
/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.

12/9/21

STIPULATION OF DISMISSAL

21 CV 02107

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ARStrat, LLC, with prejudice and without costs to any party.

CHRISTOPHER MARCHESE

_____
DAVID M. BARSHAY, ESQ.
BARSHAY, RIZZO & LOPEZ, PLLC
445 Broadhollow Road, Suite CL 18
Mineola, NY  11747
Attorneys for plaintiff

ARStrat, LLC

_____
ARTHUR SANDERS. ESQ.
BARRON & NEWBURGER, P.C.
30 South Main Street
New City, NY  10956
Attorneys for defendant